18 So.2d 806

Stanley E. WATKINS v. STATE.

7 Div. 802.

Supreme Court of Alabama.

July 25, 1944.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., for the petition.

Ross Blackmon, of Anniston, opposed.

BROWN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment

and decision of that court in the case ·of Watkins v. State, 31 Ala.App. 486, 18 So. 2d 805, wherein a judgment of conviction for grand larceny was reversed.

Writ denied.

All the Justices concur.